1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RODNEY GRAVES BEY,

11                  Plaintiff,                    No. CIV S-08-2641 EFB P

12          vs.

13    A. HEDGEPETH, et al.,

14                  Defendants.                   ORDER

15    _____/

16          Plaintiff, a state prisoner without counsel, has filed a civil rights action.  *See* 42 U.S.C.

17    § 1983.

18          Plaintiff alleges a violation of his civil rights in Kern County, California.  Kern County is

19    in the Fresno Division of this court and the action should have been commenced there.  *See*

20    Local Rule 3-120(d).  Plaintiff has not submitted a request to proceed *in forma pauperis*.

21          Accordingly, it is hereby orderd that:

22          1.  This action is transferred to the Fresno Division.

23    /////

24    /////

25    /////

26    /////

                                                    1

2.  The Clerk of Court shall assign a new case number.

3.  All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED:  November 12, 2008.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE